# Order

Michigan Supreme Court
Lansing, Michigan

June 2, 2021

162079 & (15)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

CALVIN TERRANCE CAMERON,
　　　　Defendant-Appellant.

SC: 162079
COA: 354314
Saginaw CC: 98-015150-FC

_____/

　　　　On order of the Court, the motion for stay is DENIED. The application for leave to appeal the September 3, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the Saginaw Circuit Court's March 5, 2020 order and we REMAND this case to that court for reconsideration of the defendant's successive motion for relief from judgment under MCR 6.504(B). On remand, the trial court shall accept the defendant's pleadings and resolve the motion on the merits. Moreover, because it appears that the defendant raised a different claim of new evidence in a 2019 motion for relief from judgment, the trial court may also consider that evidence in ruling on the defendant's current motion. *People v Johnson*, 502 Mich 541, 577 n 17 (2018).

　　　　We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



Clerk

t0526